Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–20367–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Howard I Somerville                    Wanda I Somerville
2314 Mistletoe Lane                    2314 Mistletoe Lane
Millville, NJ 08332                    Millville, NJ 08332

Social Security No.:
   xxx–xx–5675                                           xxx–xx–0697

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on March 1, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 1, 2019
JAN: kvr

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-20367-JNP
Howard I Somerville                                                 Chapter 13
Wanda I Somerville
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Mar 01, 2019
                              Form ID: 148             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
```
db/jdb       +Howard I Somerville,   Wanda I Somerville,    2314 Mistletoe Lane,   Millville, NJ 08332-6430
cr           +Finance of America Mortgage, LLC,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
               Warrington, PA 18976-3403
cr           +Ocwen Loan Servicing, LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
               Fairfield, NJ 07004-2927
cr           +Tri-State Credit Corp.,   2188 North Delsea Drive,   Vineland, NJ 08360-1971
515760401     American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
               Los Angeles, CA  90051-5478
515546050     BMG Music,   PO Box 91501,   Indianapolis, IN  46291
515546049    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Best Buy,   PO Box 688911,   Des Moines, IA  50368-8911)
515546051    +Capital Auto Sales,   1329 N. Delsea Drive,   Vineland, NJ 08360-2255
515546058    #+Eastern Account System,   75 Glen Road Ste 110,   Sandy Hook, CT 06482-1175
515546065   ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
             (address filed with court: Fsb Blaze Credit Card,   500 E. 60th Street,
               Sioux Falls, SD  57104)
517109078    +Finance of America East,   LoanCare, LLC,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
517109079    +Finance of America East,   LoanCare, LLC,   3637 Sentara Way,   Virginia Beach, VA 23452,
               Finance of America East,   LoanCare, LLC 23452-4262
515963854    +Finance of American Mortgage, LLC,   15325 Fairfield Ranch Road,   Suite 200,
               Chino Hills, CA 91709-8834
515963855    +Finance of American Mortgage, LLC,   15325 Fairfield Ranch Road,   Suite 200,
               Chino Hills, CA 91709,   Finance of American Mortgage, LLC,
               15325 Fairfield Ranch Road 91709-8834
515546062    +First National Credit,   500 E3. 60th Street,   Sioux Falls, SD 57104-0478
515546064    +First Savings Credit,   500 E 60th St N,   Sioux Falls, SD 57104-0478
515790368     Gateway Funding Diversified Mortgage Services, LP,   c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   P. O. Box 24605,   West Palm Beach, FL 33416-4605
515546070    +MABT/CONTFIN,   PO Box 11743,   Wilmington, DE 19850-1743
515601846    +MARINER FINANCE, LLC,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, MD 21236-5904
515546071    +Mariner Finance,   3650 E Landis Ave,   Vineland, NJ 08361
517806063    +MidFirst Bank,   Rebecca A. Solarz, Esquire,   216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
517780788    +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6051
517780789    +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6077,   MidFirst Bank,   Bankruptcy Department 73118-6051
515546074     Office Of Attorney General,   Richard J Hughes Justice Complex,   25 Market St, P.O. Box 112,
               Trenton, NJ  08625-0112
515546076   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,   Divison Of Taxation,   P.O. Box 245,
               Trenton, NJ  08695)
515546075    +South Jersey Gas,   1 South Jersey Plaza,   Folsom, NJ 08037-9100
515546078    +Tri State Credit Corp,   2188 N. Delsea Drive,   Vineland, NJ 08360-1971
515712814     Tri State Credit Corporation,   1949 Berlin Road Suite 200,   Cherry Hill NJ 08003-3737
515555529    +Union Building Trades Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Avenue,
               Tinton Falls, NJ 07724-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 23:40:29    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 23:40:27    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            EDI: IRS.COM Mar 02 2019 04:28:00    Internal Revenue Service,   955 S. Springfield Avenue,
               Springfield, NJ  07081
515563708     EDI: AIS.COM Mar 02 2019 04:28:00    American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
515676805     EDI: AIS.COM Mar 02 2019 04:28:00    American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
515546047    +EDI: RMCB.COM Mar 02 2019 04:28:00    American Medical Collection Agency,
               4 Westchester Palza Suite 110,   Elmford, NY 10523-1615
515773398     EDI: RESURGENT.COM Mar 02 2019 04:28:00    Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,   Corporation of America Holdings,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
515546048    +E-mail/Text: bankruptcy@pepcoholdings.com Mar 01 2019 23:40:16    Atlantic City Electric,
               Pepco Holdings Inc, Bankruptcy Division,   5 Collins Drive Suite 2133,
               Carneys Point, NJ 08069-3600
515546052     EDI: CAPITALONE.COM Mar 02 2019 04:28:00    Capital One Bank,   Po Box 30281,
               Salt Lake City, CT  84130-0281
515546053    +E-mail/Text: tracey.gregoire@millvillenj.gov Mar 01 2019 23:40:27    City Of Millville,
               12 South High Street, Po Box 609,   Millville, NJ 08332-0609
```

```
District/off: 0312-1              User: admin                    Page 2 of 3                    Date Rcvd: Mar 01, 2019
                                  Form ID: 148                   Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515546054       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 01 2019 23:40:44        Comcast,
                 1846 N West Blvd,    Vineland, NJ  08360-2000
515546055      EDI: RCSFNBMARIN.COM Mar 02 2019 04:28:00     Credit One Bank,    P.O. Box 60500,
                 City Of Industry, CA  91716-0500
515546056      EDI: DIRECTV.COM Mar 02 2019 04:28:00     DirecTV,    P.O. Box 11732,    Newark, NJ  07101-4732
515546057     +EDI: DCI.COM Mar 02 2019 04:28:00      Diversified,    P.O. Box 551268,
                 Jacksonville, FL 32255-1268
515546059     +E-mail/Text: bknotice@ercbpo.com Mar 01 2019 23:40:32        Enhance Recovery Company,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
515546060     +EDI: BLUESTEM Mar 02 2019 04:28:00      Finger Hut,    Po Box 166,   Newark, NJ 07101-0166
515546061     +EDI: BLUESTEM Mar 02 2019 04:28:00      Fingerhut,    Direct Marketing, Inc,
                 6250 Ridgewood Road,    St. Cloud, MN 56303-0820
515546063      EDI: AMINFOFP.COM Mar 02 2019 04:28:00     First Premier Bank,    PO Box 5519,
                 Sioux Falls, SD  57117-5519
515546079      EDI: JEFFERSONCAP.COM Mar 02 2019 04:28:00     Tribute Mastercard,
                 C/O Jefferson Capital Systems,    16 McLeland Road,    St. Cloud, MN  56303
515772852      EDI: RESURGENT.COM Mar 02 2019 04:28:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515751162      EDI: MERRICKBANK.COM Mar 02 2019 04:28:00     MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
515546072     +EDI: MERRICKBANK.COM Mar 02 2019 04:28:00      Merrick Bank,    10705 S Jordan Gtwy, Ste 200,
                 South Jordan, UT 84095-3977
515665706     +EDI: MID8.COM Mar 02 2019 04:28:00      Midland Credit Management, Inc as agent for,
                 Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
515546073     +Fax: 407-737-5634 Mar 02 2019 00:11:05      Ocwen Loan Servicing,    1661 Worthington Rd Ste 100,
                 West Palm Beach, FL 33409-6493
515763190      EDI: PRA.COM Mar 02 2019 04:28:00     Portfolio Recovery Associates, LLC,    c/o Best Buy,
                 POB 41067,   Norfolk VA 23541
515750672     +EDI: JEFFERSONCAP.COM Mar 02 2019 04:28:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515737068      EDI: Q3G.COM Mar 02 2019 04:28:00     Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
515566167      EDI: RMSC.COM Mar 02 2019 04:28:00     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515546077      EDI: AISTMBL.COM Mar 02 2019 04:28:00     T-Mobile,    Po Box 742596,
                 Cincinnati, OH  45274-2596
515546081     +E-mail/Text: office@ubtfcu.org Mar 01 2019 23:40:24        Union Bld Trades Fcu,    PO Box 6270,
                 Parsippany, NJ 07054-7270
515546082     +EDI: VERIZONCOMB.COM Mar 02 2019 04:28:00      Verizon,    500 Technology Drive Suite 300,
                 Weldon Springs, MO 63304-2225
                                                                                                TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515546069*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Po Box 724,   Springfield, NJ  07081)
515546067*     Internal Revenue Service,    Officer, a managing or general agent,    PO Box 744,
                 Springfield, NJ  07081-0744
515546068*    +Internal Revenue Service,    Officer, a managing or general agent,,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515546066*    +Internal Revenue Service,    1601 Market Street,    Philadelphia, PA 19103-2301
515546080    ##+Trident Asset Management,    5755 N Point Pkwy, Suite 12,   Alpharetta, GA 30022-1136
                                                                                TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Mar 01, 2019
                              Form ID: 148             Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Helene Bonnie Raush    on behalf of Creditor    Tri-State Credit Corp. hraush@hgllclaw.com,
               aholmes@hgllclaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC ,
               PATRICK.LACSINA@GMAIL.COM
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Howard I Somerville mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Joint Debtor Wanda I Somerville mylawyer7@aol.com,
               ecf@seymourlaw.net
              Steven  Eisenberg    on behalf of Creditor    Finance of America Mortgage, LLC
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    Finance of America Mortgage, LLC
               skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```